1

2

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ TT
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED:   3-27-13

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KERRY DAWSON aka LARRY LEE JACKS,

        Plaintiff,

    vs.

DEPUTY WATANATHIA, et al.,

        Defendants.

Case No. EDCV 12-1306-GHK (RNB)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On February 26, 2013, the assigned Magistrate Judge issued a Report and Recommendation herein, recommending the dismissal of this pro se civil rights action without prejudice for failure to prosecute after plaintiff failed to respond to the Magistrate Judge's order to either return the service package to the United States Marshal or show cause in writing why this case should not be dismissed for failure to prosecute. Although a copy of the Report and Recommendation was mailed to plaintiff at his address of record on February 27, 2013, the copy was then returned undelivered with the box for "Out of Custody" checked off and the stamped notation, "Return to Sender/Not Deliverable as Addressed/Unable to Forward."

Under Central District of California Local Rule 41-5, it was incumbent on plaintiff to keep the Court apprised of his current address. The rule further provides that, "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is

1

returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Here, more than fifteen (15) days have elapsed since the service of the Report and Recommendation, and no notice of change of address has been filed by plaintiff. Moreover, based on its review pursuant to 28 U.S.C. § 636 of all the records and files herein, including the Report and Recommendation, the Court concurs with and accepts the Magistrate Judge's findings and recommendation.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: 3/22/13

GEORGE H. KING
UNITED STATES DISTRICT JUDGE