JS-6  Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-27-13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY DAWSON aka LARRY LEE JACKS,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>DEPUTY WATANATHIA, et al.,<br><br>　　　　　　Defendants. | Case No. EDCV 12-1306-GHK (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 3/22/13

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1