JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-27-13

_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY DAWSON aka LARRY LEE JACKS,<br><br>　　　　Plaintiff,<br>　vs.<br>DEPUTY WATANATHIA, et al.,<br><br>　　　　Defendants. | Case No. EDCV 12-1306-GHK (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 3/22/13

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY